In the Matter of the Application of ALBERT D. McGUIRE,
Appellant, for a Writ of Mandamus against THE
MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY
OF NEW YORK et al., Respondents.

*Matter of McGuire*, 157 App. Div. 351, affirmed.
(Argued November 17, 1913; decided December 3, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered

June 13, 1913, which reversed an order of Special Term granting a motion for a premptory writ of mandamus to compel the reinstatement of petitioner as a clerk in the office of the municipal civil service commission of the city of New York.

*John Patrick Walsh* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Elliot S. Benedict* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and MILLER, JJ.